IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM R. KLEMME, M.D.,           No. C-03-4957 MMC

    Plaintiff,           **ORDER CONTINUING TRIAL AND PRETRIAL DATES**

  v.

NORTHWEST AIRLINES, et al.,

    Defendants.
_____/

      Before the Court is a letter dated July 18, 2005 from mediator William R. Strickland requesting a continuance of the trial date, on behalf of the parties, for the purposes of allowing plaintiff to complete his recovery from surgery, and facilitating a final mediation session scheduled for October 18, 2005.

      For good cause shown, the trial date is hereby CONTINUED from August 22, 2005 to January 9, 2006 at 9:00 a.m. The pretrial conference is hereby CONTINUED from August 9, 2005 to December 20, 2005 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: July 22, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge