IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM R. KLEMME, M.D.,   No. C-03-4957 MMC

    Plaintiff,   **ORDER CONDITIONALLY CLOSING CASE IN BANKRUPTCY**

  v.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

    On September 22, 2005, the Court received written notice that the above-titled action has been automatically stayed, pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by defendant Northwest Airlines, Inc. in the United States Bankruptcy Court for the Southern District of New York.

    Accordingly,

    IT IS HEREBY ORDERED that this case is closed for statistical purposes only.

    Upon written application by any party, for good cause shown, this case shall be re-opened and restored to the active civil calendar.

    **IT IS SO ORDERED.**

Dated: September 22, 2005

MAXINE M. CHESNEY
United States District Judge