United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM R. KLEMME, M.D.,

        Plaintiff,

  v.

NORTHWEST AIRLINES, INC.,

        Defendant.
                                              /

No. C-03-4957 MMC

**ORDER REOPENING ACTION; SETTING CASE MANAGEMENT CONFERENCE**

     In light of the parties' Stipulation Modifying Automatic Stay between Debtors and William R. Klemme, filed July 19, 2006, the instant action is hereby reopened and restored to the active civil calendar. The parties shall appear before the Court for a case management conference on September 8, 2006 at 10:30 a.m. A joint case management statement shall be filed no later than September 1, 2006.

     **IT IS SO ORDERED.**

Dated: July 24, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge