```
 1  Sara A. Simmons, Esq. (SB# 087029)
    **LAW OFFICES OF SARA A. SIMMONS, APC**
 2  221 Main Street, Sixteenth Floor
    San Francisco, CA 94105-1936
 3  Telephone:  (415) 344-0244
    Facsimile:  (415) 348-8720
 4
    Attorneys for Defendant
 5  Northwest Airlines, Inc.
```

Sara A. Simmons, Esq. (SB# 087029)
**LAW OFFICES OF SARA A. SIMMONS, APC**
221 Main Street, Sixteenth Floor
San Francisco, CA 94105-1936
Telephone:  (415) 344-0244
Facsimile:  (415) 348-8720

Attorneys for Defendant
Northwest Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM R. KLEMME, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NORTHWEST AIRLINES, INC.; BLACK COMPANY; WHITE COMPANY; BLUE COMPANY; RED COMPANY; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.  C 03-04957 MMC <br> **ORDER DENYING AMENDED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY DEADLINES AND CONTINUANCE OF STATUS CONFERENCE** <br><br> [ Civil LR 6-1 (b), 6-2 (a), 16-2.] <br><br> Complaint filed:     September 6, 2003 <br> Trial Date:           August 20, 2007 <br>                              (reset after case reopened <br>                               lifting bankruptcy stay) |

   This case was automatically stayed September 22, 2005, as a result of Defendant's filing of a notice of bankruptcy.  Prior to September 22, 2005, the trial in this matter had been continued four times, due to continued mediation efforts, Plaintiff's condition, and the need to obtain Plaintiff's VA medical records.  It was not until February 2007, that Defendant received the long-awaited records of Plaintiff related to his pending disability claim with the Veteran's Administration that had been originally subpoenaed August 16, 2004, and September 1, 2004.

   Counsel for the parties met today with mediator William Strickland for further mediation, and have agreed to a further mediation May 18, 2007.  In addition, it was agreed that the parties will

1

1 informally disclose evaluations or reports prior thereto, with the exception that formal reports, as well as liability expert disclosures, are reserved as per the dates set forth below.

In light of the recent receipt of vital records and the parties' continued mediation efforts with mediator, William R. Strickland, the parties hereto, by and through their respective counsel, hereby agree and stipulate, pursuant to Civil L.R. 6-1 (b), 6-2, and 16-2, to an extension of expert discovery and dispositive motion deadlines, and a continuance of the further status conference.

The parties hereto, by and through their respective counsel, hereby agree and stipulate to extend discovery deadlines, as follows:

1. Experts shall be disclosed and reports provided by plaintiff and defendant by 6/13/07. (presently March 30, 2007)
2. Rebuttal experts shall be disclosed and reports provided 6/20/07. (presently set for 4/13/07)
3. All discovery from experts shall be completed by 7/15/07. (presently set for 5/4/07)
4. Dispositive motions shall be filed no later than 7/15/07, to be heard on shortened time. (presently set for 5/18/07)
5. Further Status Conference Statement due 6/8/07. (presently set for 5/18/07)
6. Further Status Conference 6/15/07. (presently set for 5/25/07)

This stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original, but which taken together will constitute one and the same document.

//
//
//
//
//
//
//
//
//

2

**AMENDED STIP. AND [PROPOSED] ORDER FOR EXT. OF DISC. DEADLINES AND CON'T STATUS CONF.**
**Case No.  C 03-04957 MMC**

1     IT IS SO STIPULATED.

3   Date: March 21, 2007           LAW OFFICES OF SARA A. SIMMONS, APC

5                                      By: _____/s/_____

6                                        Sara A. Simmons
                                        Attorneys for Defendant
7                                        Northwest Airlines, Inc.

9   Date: March 21, 2007           LAW OFFICES OF J. FRANK GEORGE, APC

11                                      By: _____/s/_____
                                        J. Frank George
12                                       Attorneys for Plaintiff
                                       William R. Klemme, M.D.

14     The above stipulation fails to provide adequate time for the parties and the Court to prepare for the August 7, 2007 pretrial conference and, accordingly, is hereby DENIED, without prejudice to the parties' submitting a revised proposal.

Dated: March 21, 2007

IT IS SO ORDERED

*Maxine M. Chesney*
Judge Maxine M. Chesney

---

**AMENDED STIP. AND [PROPOSED] ORDER FOR EXT. OF DISC. DEADLINES AND CON'T STATUS CONF.**
**Case No. C 03-04957 MMC**

3