1  Sara A. Simmons, Esq. (SB# 087029)
   **LAW OFFICES OF SARA A. SIMMONS, APC**
2  221 Main Street, Sixteenth Floor
   San Francisco, CA 94105-1936
3  Telephone: (415) 344-0244
   Facsimile: (415) 348-8720
4  sara@simmlaw.com

5  Attorneys for Defendant
   Northwest Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM R. KLEMME, M.D., | Case No. C 03-04957 MMC |
| Plaintiff, | **REVISED STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF EXPERT DISCOVERY DEADLINES** |
| v. | [ Civil LR 6-1 (b), 6-2 (a).] |
| NORTHWEST AIRLINES, INC.; BLACK COMPANY; WHITE COMPANY; BLUE COMPANY; RED COMPANY; and DOES 1 through 100, inclusive, | Complaint filed: September 6, 2003 |
| Defendants. | Trial Date: August 20, 2007 (reset after case reopened lifting bankruptcy stay) |

Pursuant to this Court's March 21, 2007 Order denying the parties Stipulation for Extension of Expert Discovery Deadlines and Continue the Status Conference, the parties submit the following revised stipulation.

This case was automatically stayed September 22, 2005, as a result of Defendant's filing of a notice of bankruptcy. Prior to September 22, 2005, the trial in this matter had been continued four times, due to continued mediation efforts, Plaintiff's condition, and the need to obtain Plaintiff's VA medical records. It was not until February 2007, that Defendant received the long-awaited records of Plaintiff related to his pending disability claim with the Veteran's Administration that had been originally subpoenaed August 16, 2004, and September 1, 2004. Plaintiff appeared on April 13,

1

2007, for further deposition re the recent medical records, amongst others not previously produced.

Counsel for the parties met March 21, 2007 with mediator William Strickland for further mediation, and have agreed to a further mediation June 27, 2007.

In light of the recent receipt of vital records, further deposition of Plaintiff and the parties' continued mediation efforts with mediator, William R. Strickland, the parties hereto, by and through their respective counsel, hereby agree and stipulate, pursuant to Civil L.R. 6-1 (b), 6-2, and 16-2, to an extension of expert discovery.

The parties hereto, by and through their respective counsel, hereby agree and stipulate to extend discovery deadlines, as follows:

1. Experts shall be disclosed and reports provided by plaintiff and defendant by 6/8/07. (set for March 30, 2007)

2. Rebuttal experts shall be disclosed and reports provided 6/15/07. (set for 4/13/07)

3. All discovery from experts shall be completed by 6/26/07. (presently set for 5/4/07)

This stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original, but which taken together will constitute one and the same document.

IT IS SO STIPULATED.

Date: April 16, 2007          LAW OFFICES OF SARA A. SIMMONS, APC

                              By: _____/s/_____
                              Sara A. Simmons
                              Attorneys for Defendant
                              Northwest Airlines, Inc.

Date: April 16, 2007          LAW OFFICES OF J. FRANK GEORGE, APC

                              By: _____/s/_____
                              J. Frank George
                              Attorneys for Plaintiff
                              William R. Klemme, M.D.

2

APPROVED AND ORDERED:

Experts shall be disclosed and reports provided by plaintiff and defendant by  June 8 , 2007.

Rebuttal experts shall be disclosed and reports provided by  June 15 , 2007.

All discovery from experts shall be completed by  June 26 , 2007.

Dated:  April 16, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

3

**REVISED STIP. AND [PROPOSED] ORDER FOR AN EXTENSION OF EXPERT DISCOVERY DEADLINES**
Case No.  C 03-04957 MMC