Sara A. Simmons, Esq. (SB# 087029)
**LAW OFFICES OF SARA A. SIMMONS, APC**
221 Main Street, Sixteenth Floor
San Francisco, CA 94105-1936
Telephone: (415) 344-0244
Facsimile: (415) 348-8720
sara@simmlaw.com

Attorneys for Defendant
Northwest Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM R. KLEMME, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NORTHWEST AIRLINES, INC.; BLACK COMPANY; WHITE COMPANY; BLUE COMPANY; RED COMPANY; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C 03-04957 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE ORDER OF DISMISSAL AND FOR AMENDMENT TO COMPLAINT TO ADD A PLAINTIFF** <br><br> [FRCP Rule 15(a)] <br><br> Complaint filed:   September 6, 2003 <br><br> Trial Date:            August 20, 2007 <br>                              (reset after case reopened <br>                              lifting bankruptcy stay) |

The parties hereto, by and through their respective counsel, hereby agree and stipulate to the following:

The Court's July 25, 2007 Order of Dismissal be vacated as the parties hereto certify that the action should be restored for the sole purpose of adding Plaintiff's wife, Annette Klemme, as a Plaintiff in this matter to effectuate settlement of the entire action.

The parties also stipulate that Plaintiff may file an Amendment to his Complaint, a copy of which is attached hereto.

The Amendment to the Complaint adds Annette Klemme as a Plaintiff with a loss of consortium claim derivative of her husband William R. Klemme, M.D.'s claim for negligence as set

1

1  forth in his complaint filed on or about September 6, 2003 in the Superior Court of California,
2  County of San Mateo, Case No. CIV433935, and removed to federal court on or about November 6,
3  2003.
4     It is further stipulated that the defendant waives notice and service of the amendment to the
5  complaint, and shall not be required to answer the amendment, and that all denials, responses and
6  affirmative defenses contained in the answer filed by Defendant Northwest Airlines, Inc., to the
7  original complaint on or about November 6, 2003, in the Superior Court of California, County of
8  San Mateo, Case No. CIV433935, shall be responsive to the amendment to the complaint.
9     This stipulation may be executed in counterparts by facsimile, each of which shall be
10 deemed an original, but which taken together will constitute one and the same document.

   IT IS SO STIPULATED.

Date: October 4, 2007            LAW OFFICES OF SARA A. SIMMONS, APC

                                 By: /s/ Sara A. Simmons
                                    Sara A. Simmons
                                    Attorneys for Defendant
                                    Northwest Airlines, Inc.


Date: October ___, 2007          LAW OFFICES OF J. FRANK GEORGE, APC


                                 By: _____
                                    J. Frank George
                                    Attorneys for Plaintiff
                                    William R. Klemme, M.D.

2

STIPULATION AND [PROPOSED] ORDER TO VACATE ORDER OF DISMISSAL AND FOR
AMENDMENT TO COMPLAINT TO ADD A PLAINTIFF           Case No. C 03-04957 MMC

forth in his complaint filed on or about September 6, 2003 in the Superior Court of California, County of San Mateo, Case No. CIV433935, and removed to federal court on or about November 6, 2003.

It is further stipulated that the defendant waives notice and service of the amendment to the complaint, and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by Defendant Northwest Airlines, Inc., to the original complaint on or about November 6, 2003, in the Superior Court of California, County of San Mateo, Case No. CIV433935, shall be responsive to the amendment to the complaint.

This stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original, but which taken together will constitute one and the same document.

IT IS SO STIPULATED.

Date: October ___, 2007              LAW OFFICES OF SARA A. SIMMONS, APC

                                     By: _____
                                         Sara A. Simmons
                                         Attorneys for Defendant
                                         Northwest Airlines, Inc.


Date: October 4, 2007                LAW OFFICES OF J. FRANK GEORGE, APC

                                     By: _____
                                         J. Frank George
                                         Attorneys for Plaintiff
                                         William R. Klemme, M.D.

2

STIPULATION AND [PROPOSED] ORDER TO VACATE ORDER OF DISMISSAL AND FOR AMENDMENT TO COMPLAINT TO ADD A PLAINTIFF                    Case No. C 03-04957 MMC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:  The Court's July 25, 2007 Order of
   Dismissal is hereby VACATED and Plaintiff is granted leave to file his "Amendment to Complaint"
2  for the sole purpose of adding Plaintiff's wife as a Plaintiff with a single cause of action for loss of
3  consortium, by October 12, 2007, whereupon the Court will reinstate the Order of Dismissal.

4  Dated: October 9, 2007                    _____
                                              THE HONORABLE MAXINE M. CHESNEY
5                                             United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER TO VACATE ORDER OF DISMISSAL AND FOR
AMENDMENT TO COMPLAINT TO ADD A PLAINTIFF             Case No.  C 03-04957 MMC