J. FRANK GEORGE (SBN: 049968)
LAW OFFICES OF J. FRANK GEORGE, APC
912 Lootens Place, Second Floor
San Rafael, CA 94901
Telephone: 415.721.2040
Facsimile: 415.456.5887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. KLEMME, M.D., ANNETTE KLEMME,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NORTHWEST AIRLINES, INC. et al.<br><br>　　　　　Defendants. | No.:　　C 03-04957 MMC<br><br>**REQUEST FOR DISMISSAL** |

**TO THE CLERK:** Please dismiss the entire action of all parties and all causes of action with prejudice. Each party to bear their own costs of suit.

Dated: October 18, 2007　　　　　　　LAW OFFICES OF J. FRANK GEORGE, APC

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　J. FRANK GEORGE
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: October _24_, 2007　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Law Offices of
J. Frank George, APC
912 Lootens Place, 2nd Floor
San Rafael, CA 94901
415.721.2040

1
REQUEST FOR DISMISSAL